ORIGINAL

**FILED**
APR - 6 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| CAROLINE D BOTE | Case No. 09-55370 SLJ |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2487623 for an unclaimed dividend in the amount of $16.66. The name and address of the claimant entitled to the unclaimed dividend is as follows;

Claim # 44    WELLS FARGO BANK
MAC S4101-08C
100 W WASHINGTON ST
PHOENIX, AZ 85003

Dated: April 05, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE